UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KENNETH HARKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-00041-RLY-CSW |
| | ) |
| POSEY COUNTY SHERIFF'S OFFICE, | ) |
| TOM LATHAM, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON PARTIES' JOINT MOTION TO MODIFY CASE MANAGEMENT PLAN TO EXTEND DEADLINES**

The parties, having filed their *Joint Motion to Extend Deadlines* (Dkt. 35) and the Court being duly advised, hereby **GRANTS** the *Joint Motion*.

The Order on Case Management Plan (Dkt. 15) is amended as follows:

Plaintiff's Expert Disclosure deadline is **May 18, 2026;**

Defendant's Expert Disclosure deadline is **June 17, 2026;**

The Dispositive Motion deadline is **May 18, 2026;**

The Expert Exclusion filing deadline is **May 28, 2026**; and

Final Lists are due on or before **July 17, 2026.**

**SO ORDERED.**

Date: December 4, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically to ECF registered counsel of record.